1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        No. CV A 12-0072

12              Plaintiff,

13       vs.                         CONSENT JUDGMENT

14 EDWARD MILLS,

15              Defendant

16

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Edward Mills, in the
20 principal amount of $2,500.00 plus interest accrued to
21 December 28, 2011, in the sum of $2,111.07; with interest
22 accruing thereafter at 3% annually until entry of judgment,
23 administration costs in the amount of $87.00, for a total
24 amount of  **$4,698.07**.

25

26 DATED:    1/27/2012           By:   TERRI NAFISI
                                       Clerk of the Court
27                                     L. RAYFORD
28                                     Deputy Clerk
                                       United States District Court